UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JAROSLAV HORNOF, et al<br>  Plaintiffs<br><br>v.<br><br>UNITED STATES OF AMERICA, et al<br>  Defendants | )<br>)<br>)<br>) CIVIL NO. 2:19-cv-00198-JDL<br>)<br>)<br>) |

## JUDGMENT

In accordance with the Order on Motions to Dismiss entered by Chief U.S. District Judge Jon D. Levy on October 20, 2020, and the Order on Summary Judgment entered by Chief U.S. District Judge Jon D. Levy on August 31, 2023;

JUDGMENT is hereby entered for defendants United States of America, United States Department of Justice, United States Coast Guard, and United States Department of Homeland Security and against plaintiffs Jaroslav Hornof, Damir Kordic, and Lukas Zak; and

JUDGMENT of Dismissal is hereby entered as to defendants Shane Waller, John Cashman, Richard Udel, Michael A. Fazio, Michael Baroody, Jon D. Lavallee, Mark Root, Christy Doyle and Shannon True.

                                              CHRISTA K. BERRY
                                              CLERK

                        By:    /s/ Charity Pelletier
                                  Deputy Clerk

Dated: September 5, 2023